UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 0:12-cv-60741-WPD

DUTY FREE AMERICAS, INC,

    Plaintiff,

vs.

THE ESTÉE LAUDER COMPANIES, INC.,

    Defendant.

_____/

**NONGOVERNMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Duty Free Americas, Inc. ("DFA"), hereby provides the following Corporate Disclosure Statement:

DFA is a closely-held corporation, and no publicly-held corporation owns any of its stock.

Dated: April 26, 2012

Respectfully submitted,

s/Paul Schwiep
Paul J. Schwiep, Florida Bar No. 823244
pschwiep@coffeyburlington.com
Gabriel Groisman, Florida Bar No. 25644
ggroisman@coffeyburlinton.com
COFFEY BURLINGTON, P.L.
*Counsel for Duty Free Americas, Inc.*
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261